FILED
U.S. DISTRICT COURT
SAV. DIV.

2009 AUG -5 AM 11:37

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RONNIE EUGENE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV409-083 |
| ) | |
| PENNY HAAS FREESEMANN, Judge, ) | |
| Superior Court, and GEORGE R. ) | |
| ASINC, Assistant District ) | |
| Attorney, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Before the Court are the Magistrate Judge's Report and Recommendation (Doc. 4) and Plaintiff's Objections (Doc. 6). After a careful de novo review of the record in this case, the Court **CONCURS IN PART** with the Magistrate Judge's Report and Recommendation. As a result, the Report and Recommendation is **ADOPTED** as the Opinion of this Court with the following modification: Plaintiff's Complaint should be dismissed based only on Defendants' immunity from suit and not on the merits. (Doc. 4 at 3-4.)

As one of the grounds supporting dismissal of Plaintiff's Complaint, the Magistrate Judge concluded that the Superior Court did not modify Plaintiff's sentence but simply corrected a typographical error, making the written Order imposing sentence conform to the oral Order delivered

in court. However, the Record in this case does not contain a transcript of the oral Order, precluding a comparison with the corrected Order. Therefore, the Court is unable to conclude that Plaintiff's sentence was corrected rather than modified. Accordingly, the Court does not adopt that portion of the Report and Recommendation.

Concurring with the Magistrate Judge's conclusion that Defendants are immune from suit, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Accordingly, the **Clerk of Court** is **DIRECTED** to close this case.

SO ORDERED this 5th day of August, 2009.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA